UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID JAMERSON #138940,

    Plaintiff,

Case No. 2:16-CV-229

v.

HON. GORDON J. QUIST

JEFF CROMELL, et al.,

    Defendants.
    _____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 5, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendant Cromell's motion for summary judgment on the basis of exhaustion. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the June 5, 2018, Report and Recommendation (ECF No. 21) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Cromell's Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) is **DENIED**.

Dated: June 21, 2018                                           /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE