UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID L. JAMERSON # 138940,

        Plaintiff,

v.

JEFF CROMMELL, et al.,

        Defendants.

_____/

Case No.  2:16-CV-229

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 14, 2019, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R) recommending that the Court grant Defendant Crommell's motion for summary judgment (ECF No. 41). As noted in the R & R, Plaintiff did not respond to Defendant Crommell's motion and, therefore, failed to present evidence opposing it. On September 4, 2019, this Court entered an Order denying Plaintiff's motion for an extension of time to file objections to the R & R because the Court concluded that the time for Plaintiff to gather evidence in response to Defendant Crommell's motion had long passed. (ECF No. 50.)

The R & R was duly served on Plaintiff on August 15, 2019, and Plaintiff has failed to file timely objections pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS HEREBY ORDERED** that the August 15, 2019, Report and Recommendation (ECF No. 46) is approved and adopted as the Opinion of the Court. Defendant Crommell's motion for summary judgment (ECF No. 41) is **GRANTED**, and Plaintiff's complaint is **dismissed with prejudice**.

A separate judgment will enter.

Dated:  September 23, 2019

                                                        /s/ Gordon J. Quist
                                                        GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE